NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFTG-TG, LLC AND
PHILLIP M. ADAMS & ASSOCIATES, LLC,**
*Plaintiffs-Appellants,*

v.

**FEATURE INTEGRATION TECHNOLOGY, INC.,
VIA TECHNOLOGIES, INC. VIA TECHNOLOGIES,
INC. (USA), VIA TECHNOLOGIES CPU, INC.,
CENTAUR TECHNOLOGY,**
*Defendants,*

**and**

**SILICON INTEGRATED SYSTEMS CORPORATION
AND SILICON INTEGRATED SYSTEMS
CORPORATION (USA),**
*Defendants-Appellees,*

**and**

**STANDARD MICROSYSTEMS CORPORATION,**
*Defendant-Appellee.*

---

2011-1322

---

Appeal from the United States District Court for the District of Wyoming in case no. 10-CV-0230, Judge Nancy D. Freudenthal.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__MAY 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Randall B. Reed, Esq.
Judith A. Studer, Esq.
Eric J. Lobenfeld, Esq.

s20

ISSUED AS A MANDATE: __MAY 1 7 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2011

JAN HORBALY
CLERK